AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

<span style="color:red; font-size:2em">SEALED</span>

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  8:26MJ132 |
| BRIAN ALEXIS BALDONADO BELMONTES ) | |
| ) | |
| ) | |
| ) | |
| ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 22, 2026_____ in the county of _____Douglas_____ in the _____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Illegal alien in possession of a firearm and ammunition. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Lee, ATF Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: ___3/31/2026___

_____
*Judge's signature*

City and state:        Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Jonathan Lee of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

**INTRODUCTION AND AGENT BACKROUND**

1.     I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March of 2018.  I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training program held at the Federal Law Enforcement Training Center in Glynco, Georgia.  I have received specialized training in the enforcement of federal firearm and explosive laws.  My duties and responsibilities include participating in the investigation and prosecution of persons who violate federal firearm laws and related federal criminal laws.  As an ATF SA, I have conducted physical surveillance, interviewed sources of information and defendants, served and reviewed telephone court orders, served search warrants and arrest warrants, and investigated persons who have violated federal laws.  The majority of these investigations involved firearms and/or narcotics-related violations. In 2021, I completed the Digital Media Collection Specialist course with ATF.  In 2022, I was certified as a Cellebrite Certified Physical Analyst (CCPA) and a Cellebrite Certified Operator (CCO).  Cellebrite is one of the many forensic tools used to extract and examine digital evidence contained in digital devices such as computers, mobile devices, digital storage devices, etc.  I have completed ongoing digital media training.  As of January 22, 2025, the Attorney General authorized ATF to enforce Title 8 of the United States Code for immigration related charges.

2.     Prior to working for the ATF, I was employed as a law enforcement officer for the Lakewood Police Department in Lakewood, Colorado, from March 2005 through February 2018,

serving as a patrol officer, persons-related crimes detective, and patrol supervisor.  As a law enforcement officer with the Lakewood Police Department, I conducted physical surveillance, interviewed sources of information and defendants, served and reviewed telephone court orders, served search warrants and arrest warrants, investigated violations of the Colorado Revised Statutes to include firearms and narcotics violations.   Further, I have testified in judicial proceedings in both state and federal courts involving prosecutions relating to violations of state and federal firearms laws.

**AFFIDAVIT PURPOSE**

3. This affidavit is submitted to support a criminal complaint and application for arrest warrant for and against Brian Alexis BALDONADO BELMONTES, W/M, DOB XX/XX/2001.

4. Based on my training and experience and the facts set forth in this affidavit, your Affiant submits there is probable cause to believe that BALDONADO BELMONTES violated 18 U.S.C. § 922(g)(5), illegal alien in possession of a firearm and ammunition.

5. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offenses.

6. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**INVESTIGATION**

7. On March 22, 2026, an OPD Detective was monitoring a social media account known to belong to a juvenile (hereinafter known as "Juvenile-1") born in 2008. The video appeared to show Juvenile-1 firing a .22 caliber AR style rifle in the air approximately 20 times. OPD detectives/officers later located the area of the shooting, 5200 block of S. 38th St in

Omaha, Nebraska.  There they found approximately 23 spent .22 caliber cartridge cases and two

(2) live .22 caliber rounds.  They also found a vehicle that had been struck by bullets and had

approximately six (6) defects.

8.      While law enforcement was processing the scene, Juvenile-1 and another male,

Brian BALDONADO BELMONTES (XX/XX/2001) approached law enforcement.

BALDONADO BELMONTES admitted he shot the truck.  Post-*Miranda*, BALDONADO

BELMONTES admitted he shot the truck while riding as a passenger in Juvenile-1's vehicle.

BALDONADO BELMONTES advised the rifle was at his residence (which was 11716 S. 28th

Street, Bellevue, Nebraska).

9.      Post-*Miranda*, Juvenile-1 stated that Juvenile-1 received a call to pick

BALDONADO BELMONTES up near the area of 38th and Q St. When Juvenile-1 arrived,

BALDONADO BELMONTES was holding a rifle.  Juvenile-1 took the rifle and fired it into the

air.  At some point, Juvenile-1 started to drive away in a 2013 Infiniti G37 when BALDONADO

BELMONTES fired the rifle (black with a red grip) at the truck because of a prior altercation

where BALDONADO BELMONTES was hit in the face.  The truck was unoccupied at the time.

Juvenile-1 drove BALDONADO BELMONTES and another male ("Male-1"). Juvenile-1

dropped off Male-1, and then drove BALDONADO BELMONTES back to their residence and

assumed BALDONADO BELMONTES brought the rifle into residence and to the basement.

Juvenile-1 advised the firearm would be at his residence and that BALDONADO BELMONTES

stayed in the basement with him.

10.      On about March 22, 2026, law enforcement searched the residence of 11716 S.

28th St., Bellevue, Nebraska (where BALDONADO BELMONTES, Juvenile-1, and Juvenile-

1's family resided) and the 2013 Infiniti G37 (which law enforcement believed to be the vehicle

which BALDONADO BELMONTES and Juvenile-1 was traveling in when BALDONADO BELMONTES discharged the firearm) was conducted.  In the basement inside the residence, law enforcement located the rifle, a Smith and Wesson, M&P 15-22, .22 caliber rifle, SN: HCX3408 ("the Firearm"). Law enforcement found five (5) spent .22 caliber cartridge cases in the 2013 Infiniti G37. Law enforcement later forensically linked through the National Integrated Ballistic Information Network (NIBIN) the recovered spent cartridge cases from the area where the shooting occurred, the 2013 Infiniti G37, and test fires from the Firearm.

11.     The Firearm was not manufactured in the State of Nebraska.

12.     On March 23, 2026, ICE/ERO spoke with BALDONADO BELMONTES who admitted he crossed into the United States illegally.  According to the Department of Homeland Security (DHS), BALDONADO BELMONTES is a foreign national and a citizen of Mexico. BALDONADO BELMONTES illegally entered the United States at an unknown date and location.  A final order of removal was issued on March 27, 2026.

## CONCLUSION

13.     Based on the aforementioned information, your Affiant submits that probable cause exists that on or about March 22, 2026, in the District of Nebraska, the defendant, BALDONADO BELMONTES, was illegally in the United States and in possession of a firearm and ammunition, in violation of Title 18 U.S.C. § 922(g)(5).

14.     As such, your Affiant respectfully requests that the Court issue a criminal complaint and arrest warrant against BALDONADO BELMONTES.

15.     Affiant also requests that this affidavit and the arrest warrant and any accompanying documents be sealed until such time that BALDONADO BELMONTES is arrested on this warrant and/or a detainer is placed on him.

I, Jonathan Lee, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, (ATF), being duly sworn, hereby depose and state that the above-mentioned information is true to the best of my knowledge and belief.

_____
Jonathan Lee
ATF Special Agent


Sworn to before me by telephone or other reliable electronic means:

Date:  March 31, 2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge